1

2

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

3

4

5

6

7

8

9

10

11

12

13

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation | ) Case No.: 15-CV-00690-WBS-EFB |
| | ) |
| | ) **ORDER** |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DEL WEBB CALIFORNIA CORPORATION, an Arizona corporation; and DOES 1 through 10 inclusive, | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |

14

15

16

17

18

The Court, having considered plaintiff St. Paul Mercury Insurance Company's notice of voluntary dismissal without prejudice, hereby dismisses the entire complaint without prejudice.

19

Dated:  June 16, 2015

20

_____

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

1